### THE UNION COTTON MANUFACTORY *against* CURTIS.

An insolvent      THE defendant had been surrendered in discharge of his
discharge, un-
der the act to special bail, and on the 15th of August, 1826, the plaintiffs
abolish impris-
onment for obtained judgment. On the 21st of the same month, the
debt in certain defendant was discharged under the act to abolish impri-
cases, (sess. 42,
ch. 101,) may sonment for debt in certain cases, (sess. 42, ch. 101.) The
be granted by discharge was granted by Daniel Lennett, one of the puisne
a judge of the
C. P. though judges of the court of common pleas of the county of
not of the de-
gree of counsel Broome, who was not at the time of the discharge, or any
in the supreme of the proceedings to obtain it, of the degree of counsel in
court.
              this court. And now,

        On a written statement of the above facts, by the parties
and sheriff,

        *J. A. Collier,* submitted whether the defendant should be
discharged from imprisonment. He referred the court to
the 1st section of the above statute, in connexion with the
1st section of the act for giving relief in cases of insolvency,
(1 R. L. 460.)

        *Curia.* We remember the provisions of these statutes.
The first is, that the insolvent may present a petition for
[¨106]     his discharge (among other officers) to any one of the *judges
of the court of common pleas, &c., who is to receive it, and
make an order of publication. But the common pleas are

to grant the discharge. By the last act, the insolvent may petition the chancellor, judge, or other officer authorized to receive petitions under the former act; and the officer to whom the petition is presented, may grant the discharge.

The question now presented, has been considered by us on some motion heretofore; and we agreed that a judge of the common pleas, though not of the degree of counsel, might grant the discharge. The last statute is very plain. It gives the power of discharge to the judge or officer who might receive the petition under the former act. The defendant must be discharged from his imprisonment.

Rule accordingly.